IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, LLC, | § § § § § § § § § § § § | No. 5:26–CV–1714–DAE |
| *Plaintiff*, | | |
| vs. | | |
| LESLIE LEIGHANN MARTINEZ, et al., | | |
| *Defendants*. | | |

## ORDER GRANTING MOTION TO LIFT TEMPORARY SEAL

On March 20, 2026, the Court granted Plaintiff Assessment

Technologies Institute LLC's ("Plaintiff") Motion to Seal.  (Dkts. ## 2, 7.)  On

May 1, 2026, Plaintiff filed a Motion to Lift Seal.  (Dkt. # 18.)  Plaintiff

subsequently filed an advisory amending the certificate of conference to indicate

that all defendants consent to the requested relief.  Accordingly, the Court

**GRANTS** Plaintiff's Motion to Lift Seal (Dkt. # 18).  The Clerk of Court is hereby

**INSTRUCTED** to unseal the docket and record.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, May 8, 2026.

_____
David Alan Ezra
Senior United States District Judge