**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, LLC | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 5:26-CV-1714-DAE |
| | § | |
| LESLIE LEIGHANN MARTINEZ, WIZARDRY | § | |
| TUTORING, LLC, APRIL SANTOS, AND LISA | § | |
| LEVACK, | § | |
| | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that Matthieu Belanger-Coast, of the firm of PULMAN LEFLORE PULLEN & REED LLP, Counsel for Lisa Levack, a Defendant in the above-captioned case, hereby requests that any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents filed or entered in this case, be transmitted to:

**Matthieu Belanger-Coast**
PULMAN LEFLORE PULLEN & REED LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
matthieu@pulmanlaw.com

– 2 –

Dated this 4th day of June, 2026.

Respectfully submitted,

**PULMAN, LEFLORE, PULLEN & REED, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Matthieu Belanger-Coast*
        Byron L .LeFlore, Jr.
        Texas State Bar No. 12161070
        bleflore@pulmanlaw.com
        Matthieu Belanger-Coast
        Texas State Bar No. 24128756
        matthieu@pulmanlaw.com

***ATTORNEYS FOR DEFENDANT LISA LEVACK***

4900-1869-1506, v. 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June, 2026 I electronically filed the foregoing Notice of Appearance and Request for Service of Papers using the CM/ECF system, which will send a notice of electronic filing to all parties requesting notice in this case.

*__Via E-mail: courtney.giles@bakermckenzie.com__*
Courtney Giles
BAKER & MCKENZIE LLP
800 Capitol Street
Ste 2100
Houston, TX 77002

*COUNSEL FOR PLAINTIFF ASSESSMENT TECHNOLOGIES INSTITUTE, LLC*

*/s/ Matthieu Belanger-Coast*
Matthieu Belanger-Coast

4900-1869-1506, v. 2