

# QuickConfirm License Verification Report

Primary Source Boards of Nursing Report Summary for

## LISA NICOLE LEVACK [NCSBN ID: 23142082]

As of Friday June 05 2026 04:20:26 PM US Central Time

**Disclaimer of Representations and Warranties**

*Through a written agreement, participating individual state boards of nursing designate Nursys as a primary source equivalent database. NCSBN posts the information in Nursys when, and as, submitted by the individual state boards of nursing. NCSBN may not make any changes to the submitted information and disclaims any responsibility to update or verify such information as it is received from the individual state boards of nursing. Nursys displays the dates on which a board of nursing updated its information in Nursys.*

*This report is not sufficient when applying to another board of nursing for licensure. Use the "Nurse License Verification for Endorsement" service to request the required verification of licensure.*

*Contact the board of nursing for details about the Nurse Practice Act, which includes nurse scope of practice and privileges and information about advanced nursing practice roles (practice privileges, prescription authority, dispensing privileges & independent practice privileges).*

**UNENCUMBERED** *means that the nurse has a full and unrestricted license to practice by the state board of nursing.*

| Name on License | Type | License State | License | Active | License Status | License Original Issue Date | License Expiration Date | Compact Status |
|---|---|---|---|---|---|---|---|---|
| LEVACK, LISA NICOLE | RN | TEXAS | 1173734 | YES | UNENCUMBERED | 08/30/2024 | 11/30/2026 | MULTISTATE |

| Name on License | Type | License State | License | Active | License Status | License Original Issue Date | License Expiration Date | Compact Status |
|---|---|---|---|---|---|---|---|---|
| LEVACK, LISA | RN | NORTH CAROLINA | 287124 | NO | EXPIRED | 06/13/2016 | 11/30/2025 | NONE |

## Where can the nurse practice as an RN and/or PN?

**Authorized to Practice in**

| | | |
|---|---|---|
| ALABAMA (RN) | LOUISIANA (RN) | PENNSYLVANIA (RN) |
| ARIZONA (RN) | MAINE (RN) | RHODE ISLAND (RN) |
| ARKANSAS (RN) | MARYLAND (RN) | SOUTH CAROLINA (RN) |
| COLORADO (RN) | MISSISSIPPI (RN) | SOUTH DAKOTA (RN) |
| CONNECTICUT (RN) | MISSOURI (RN) | TENNESSEE (RN) |
| DELAWARE (RN) | MONTANA (RN) | TEXAS (RN) |
| FLORIDA (RN) | NEBRASKA (RN) | UTAH (RN) |
| GEORGIA (RN) | NEW HAMPSHIRE (RN) | VERMONT (RN) |
| GUAM (RN) | NEW JERSEY (RN) | VIRGINIA (RN) |
| IDAHO (RN) | NEW MEXICO (RN) | WASHINGTON (RN) |
| INDIANA (RN) | NORTH CAROLINA (RN) | WEST VIRGINIA (RN) |
| IOWA (RN) | NORTH DAKOTA (RN) | WISCONSIN (RN) |
| KANSAS (RN) | OHIO (RN) | WYOMING (RN) |
| KENTUCKY (RN) | OKLAHOMA (RN) | |

APRN authorization to practice details are not available.

**UNENCUMBERED** *means that the nurse has a full and unrestricted license to practice by the state board of nursing.*

**License type information**

- **RN:** Registered Nurse
- **PN:** Practical Nurse (aka Licensed Practical Nurse (LPN), Vocational Nurse (VN), Licensed Vocational Nurse (LVN))
- **CNP:** Certified Nurse Practitioner
- **CNS:** Clinical Nurse Specialist
- **CNM:** Certified Nurse Midwife
- **CRNA:** Certified Registered Nurse Anesthetist

**License status information**

- Unencumbered (full unrestricted license to practice)
- Cease & Desist
- Denial of License
- Expired
- Other license action
- Probation
- Reprimand
- Restriction
- Revoked
- Suspension
- Voluntary agreement to refrain from practice
- Voluntary Surrender

**Nurse Licensure Compact (NLC) information**

- **Multistate licensure privilege:** Authority to practice as a licensed nurse in a remote state under the current license issued by the individual's home state provided both states are party to the Nurse Licensure Compact (NLC) and the privilege is not otherwise restricted.
- **Single state license:** A license issued by a state board of nursing that authorizes practice only in the state of issuance.
- **Privilege to Practice (PTP):** Multistate licensure privilege is the authority under the Nurse Licensure Compact (NLC) to practice nursing in any compact party state that is not the state of licensure. All party states have the authority in accordance with existing state due process law to take actions against the nurse's privilege such as: revocation, suspension, probation or any other action which affects a nurse's authorization to practice.

---

 NCSBN
Leading Regulatory Excellence

© 2026 National Council of State Boards of Nursing Inc. All rights reserved.

www.nursys.com