**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, LLC<br>    PLAINTIFF,<br><br>V.<br><br><br>LESLIE LEIGHANN MARTINEZ, WIZARDRY TUTORING, LLC, APRIL SANTOS, AND LISA LEVACK,<br>    DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 5:26-CV-1714-DAE |

---

**PROPOSED ORDER GRANTING**
**DEFENDANT LISA LEVACK'S 12(B)(6) MOTION TO DISMISS**

---

CAME ON FOR HEARING the *Defendant Lisa Levack's 12(b)(6) Motion to Dismiss* (the "Motion"), filed by Captain Lisa Levack (the "Capt. Levack"), Defendant in the above-styled case. Having considered the relief requested in the Motion and the arguments and representations of counsel, it is hereby—

ORDERED that the Motion is GRANTED; it is further—

ORDERED that the Plaintiff's claims against Captain Lisa Levack are DISMISSED WITH PREJUDICE.


DATE: _____          _____
                             HONORABLE DAVID ALAN EZRA,
                             SENIOR UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**PULMAN LEFLORE PULLEN & REED LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Byron L. LeFlore, Jr.*
    Byron L. LeFlore, Jr.
    Texas State Bar No. 12161070
    bleflore@pulmanlaw.com
    Matthieu Belanger-Coast
    Texas State Bar No. 24128756
    matthieu@pulmanlaw.com

***ATTORNEYS FOR DEFENDANT LISA LEVACK***

2 of 2

4921-2517-3430, v. 1