**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ASSESSMENT TECHNOLOGIES INSTITUTE, LLC | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 5:26-CV-1714-DAE |
| | § | |
| LESLIE LEIGHANN MARTINEZ, WIZARDRY | § | |
| TUTORING, LLC, APRIL SANTOS, AND LISA | § | |
| LEVACK, | § | |
|     DEFENDANTS. | § | |

---

**PROPOSED ORDER GRANTING**
**DEFENDANT LISA LEVACK'S AMENDED 12(B)(6) MOTION TO DISMISS**

---

CAME ON FOR HEARING the *Defendant Lisa Levack's Amended 12(b)(6) Motion to Dismiss* (the "Motion"), filed by Captain Lisa Levack (the "Capt. Levack"), Defendant in the above-styled case.  Having considered the relief requested in the Motion and the arguments and representations of counsel, it is hereby—

ORDERED that the Motion is GRANTED; it is further—

ORDERED that the Plaintiff's claims against Captain Lisa Levack are DISMISSED WITH PREJUDICE.


DATE: _____                              _____
                                                 HONORABLE DAVID ALAN EZRA,
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**PULMAN LeFLORE PULLEN & REED LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Byron L. LeFlore, Jr.*
    Byron L. LeFlore, Jr.
    Texas State Bar No. 12161070
    bleflore@pulmanlaw.com
    Matthieu Belanger-Coast
    Texas State Bar No. 24128756
    matthieu@pulmanlaw.com

***ATTORNEYS FOR DEFENDANT LISA LEVACK***

2 of 2

4921-2517-3430, v. 1